Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 301 W North Avenue, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anasinski Group, Inc. 4055 W. Peterson Avenue Unit 207 Chicago, IL 60646 | | Trade debt | | | | $350.00 |
| Apartments.com 1339 Street NW Washington, DC 20005 | | | | | | $0.00 |
| BDS III Mortgage Capital G LLC 300 Park Avenue, 17th Floor New York, NY 10022 | | 301 W North Avenue, Chicago Illinois Seven story apartment building with 69 residential units, approximately 4,268 square feet of retail and 33 parking spaces | Disputed | $30,000,000.00 | $19,000,000.00 | $11,000,000.00 |
| Chicago Repairman - Infinite Appliance 7414 Churchill Morton Grove, IL 60053 | | | | | | $0.00 |
| Comcast 1500 McConnor Pkwy, Suite 100 Schaumburg, IL 60173-4330 | | Trade debt | | | | $106.97 |
| ComEd ComEd Customer Care Center P.O. Box 805379 Chicago, IL 60680-5379 | | Trade debt | | | | $3,418.23 |

| Debtor | 301 W North Avenue, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Durability Construction, Inc.<br>3452 N. Knox Ave.<br>Chicago, IL 60641 | | | | | | $0.00 |
| Grand Appliance & TV<br>10301 Enterprise Way<br>Sturtevant, WI 53177 | | | | | | $0.00 |
| Grogan Hesse & Uditsky P.C.<br>2 Mid-America Plaza, Suite 110<br>Villa Park, IL 60181 | | Trade debt | | | | $20,000.00 |
| Illinois Telephone Corporation<br>PO Box 845<br>Hillside, IL 60162-0845 | | | | | | $0.00 |
| Jones Advocate Group, Inc.<br>1100 W Northwest Hwy<br>Suite 201<br>Mount Prospect, IL 60056 | | Trade debt | | | | $1,977.22 |
| Kass Management Services, Inc.<br>2000 N Racine, Suite 4400<br>Chicago, IL 60614 | | | | | | $0.00 |
| LaSalle Appraisal Group<br>9455 S. Hoyne Avenue<br>Chicago, IL 60643 | | | Disputed | | | $0.00 |
| Law Office of James Lowry<br>77 W Washington St #1415<br>Chicago, IL 60602 | | Trade debt | Disputed | | | $31,195.17 |
| Levenfeld Perlstein, LLC<br>120 S. Riverside Plaza, Suite 1800<br>Chicago, IL 60606 | | Trade debt | | | | $45,565.75 |
| Peoples Gas<br>P.O. Box 6050<br>Carol Stream, IL 60197-6050 | | Trade debt | | | | $5,000.39 |

| Debtor | 301 W North Avenue, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Stuart Title Guaranty Company<br>120 N. LaSalle Street<br>Chicago, IL 60602 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| The Apartment Source<br>2533 W. Fullerton Ave<br>Chicago, IL 60647 | | Trade debt | | | | $7,446.00 |
| The Planning and Zoning Resource Company<br>1450 Broadway<br>41st Floor<br>New York, NY 10018 | | Trade debt | | | | $2,097.70 |
| Zillow Group Inc.<br>1301 Second Avenue<br>Floor 31<br>Seattle, WA 98101 | | Trade debt | | | | $554.84 |